# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1954
LT Case No. 2022-CC-015175

_____

LATOYA NELSON a/k/a LATOYA
DENISE MCNEAL and ELTON
NELSON, JR.,

    Appellants,

    v.

VYSTAR CREDIT UNION,

    Appellee.

_____

On appeal from the County Court for Duval County.
Robin E. Lanigan, Judge.

Latoya Nelson, Jacksonville, pro se.

Elton Nelson, Jr., Jacksonville, pro se.

Jennifer L. Reiss, of Hiday & Ricke, P.A., Jacksonville, for
Appellee.

May 14, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————